FILED

07/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0249

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0249

FILED

JUL 27 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF the Class D Application of
Big Foot Dumpsters & Containers, LLC
Application for Class D Garbage Service between
all points and places within Flathead County.

ORDER

Appellee Montana Public Service Commission (PSC) has moved to dismiss the appeal filed by Appellant/Petitioner Evergreen Disposal, Inc., and Appellant/Intervenor NorthWestern Energy, Inc., in this matter on the grounds that the case is moot.

Evergreen and NorthWestern object to this motion, arguing that the very issue before the Court on appeal is whether the Order on Motion to Dismiss, in which the First Judicial District Court, Lewis and Clark County, granted dismissal of the case on the grounds that the matter was moot, should be overturned. Evergreen and NorthWestern urge this Court to allow the issue to be fully briefed, rather than to be summarily dismissed.

Given that the very issue on appeal is whether the case is moot, we agree that Appellants should be allowed to fully brief their arguments.

THEREFORE,

IT IS ORDERED that the motion to dismiss is DENIED.

DATED this 27th day of July 2021.

_____
Chief Justice

_____

_____

_____
Justices